# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONEY EUGENE SAFFOLD<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. REYNOLDS, et al.,<br><br>　　　　Defendants. | Case No.  1:09-cv-2262-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS AS MOOT<br><br>(ECF Nos. 51 & 56) |

　　　　Plaintiff Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Judgment was entered in favor of defendnts in this case on March 28, 2012. (ECF No. 49.) On April 2, 2012, Plaintiff filed a motion for a protective order.  (ECF No. 51.)  On April 13, 2012, Plaintiff filed a motion for copies to certify the excerpt of the record.  (ECF No. 56.) On March 7, 2014, the Ninth Circuit denied the petition for panel rehearing and closed the appeal. (ECF No. 61.)

　　　　Accordingly, it is HEREBY ORDERED that Plaintiff's motions, filed April 2, 2012 and April 13, 2012, are DENIED as MOOT.

IT IS SO ORDERED.

　　Dated:　__**March 31, 2014**__　　　　　　　／s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1